```
THIMESCH LAW OFFICES
TIMOTHY S. THIMESCH, ESQ., No. 148213
GENE A. FARBER, ESQ., No. 44215 - Of Counsel
185 Hillcrest Drive
Walnut Creek, CA 94597-3452
Telephone: (925) 588-0401
Facsimile: (888) 210-8868
tim@thimeschlaw.com
genefarber@gmail.com

Attorneys for Plaintiff
RICHARD SKAFF
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CV 08 2555

| | |
|---|---|
| RICHARD SKAFF, | Case No. |
| Plaintiff, | RELATED CASE NO. C 07 4087 JSW MMC |
| vs. | NOTICE OF PENDENCY OF RELATED CASE |
| UNION SQUARE; CITY AND COUNTY OF SAN FRANCISCO; CITY OF SAN FRANCISCO UPTOWN PARKING CORPORATION; and DOES 1 through 50, Inclusive, | [Civil L.R. 3-13] |
| Defendants. | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD.

Plaintiff believes this case is related to three other actions, one of which is pending in this court:

1) Yates v. Union Square, et al., U.S. Dist. Court for the N. Dist. of Calif., Case No. C-07-4087 JSW, involving causes of action against the subject defendants for violations at Union Square under Titles II and III of the Americans with Disabilities Act, Section 504 of the Rehabilitation Act of 1973, as well as declaratory relief.

2) Yates v. Union Square, et al., San Francisco Superior Court No. 08-473176, involving the state causes of action severed and dismissed from the federal Yates action. The federal severance decision is on appeal, Yates v. Union Square, Ninth Circuit Number 08-15538.

Thimesch Law Offices
185 HILLTOP CRESCENT
WALNUT CREEK, CA
94597-3452
(925) 588-0401

Plaintiff Skaff's Notice of Related Case

3)  <u>Skaff v. Union Square, et al.</u>, San Francisco Superior Court, Case Number not yet assigned, involving a single cause of action under the Unruh Civil Rights Act, Civil Code Section 51, as well as a request for related declaratory relief.

Dated: March 28, 2008

THIMESCH LAW OFFICES

/s/
TIMOTHY S. THIMESCH
Attorney for RICHARD SKAFF

Thimesch Law Offices
158 HILLTOP CRESCENT
WALNUT CREEK, CA
94597-3452
(925) 588-0401

Plaintiff Skaff's Notice of Related Case

— 2 —