**Thimesch Law Offices**
158 HILLTOP CRESCENT
WALNUT CREEK, CA 94597-3452

_____

PHONE 925/588-0401
FAX 888/210-8868

June 2, 2008

**BY ECF & U.S. Mail**

JUDGE MAXINE M. CHESNEY
U.S. Courthouse, Courtroom 7
19th Floor
450 Golden Gate Avenue
San Francisco, CA  94102


      Re:    <u>Skaff v. Union Square, et al.</u>
              Case No. C08-2555 MMC
              **Plaintiff's Intent to File Notice of Related Case with**
                    **Hon. Jeffrey S. White in <u>Yates v. Union Square</u>,**
              **Case No. C07-4087 JSW**


Dear Judge Chesney:

      The Court has directed plaintiff Skaff to file a Motion to Relate in the <u>Yates</u> action. As a status, Skaff is in the process of preparing an amended complaint before affecting service. The Motion to Relate will be filed promptly at the time of affecting service – approximately 10 days. Plaintiff also anticipates that relation may be accomplished by a stipulated and proposed order.

                                          Sincerely,


                                          /s/
                                          TIMOTHY THIMESCH


Enc. (By Concurrent ECF Filing)