IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD SKAFF,<br><br>    Plaintiff,<br><br>v.<br><br>UNION SQUARE, ET AL.,<br><br>    Defendants.<br>    _____/ | No. C 08-02555 JSW<br><br>**ORDER SETTING BRIEFING SCHEDULE** |

This matter is set for a hearing on February 6, 2009 on Defendant City and County of San Francisco's motion to dismiss. The Court HEREBY ORDERS that an opposition to the motion shall be filed by no later than November 24, 2008 and a reply brief shall be filed by no later than December 5, 2008.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: November 7, 2008

                                                          JEFFREY S. WHITE<br>                                                          UNITED STATES DISTRICT JUDGE