TIMOTHY S. THIMESCH, Esq. (SBN 148213)
tim@thimeschlaw.com
THIMESCH LAW OFFICES
158 Hilltop Crescent
Walnut Creek, CA 94597-3452
Telephone: (925) 588-0401
Facsimile: (888) 210-8868

LAW OFFICES OF GENE A. FARBER
GENE A. FARBER, ESQ. (SBN 44215)
genefarber@gmail.com
4258 Twenty Sixth Street
San Francisco, CA 94131
Telephone: (415) 956-1800
Facsimile: (415) 282-4228

Attorneys for Plaintiff RICHARD SKAFF

JEFFER, MANGELS, BUTLER & MARMARO LLP
MARTIN H. ORLICK, ESQ. (Bar No. 083908),
MOrlick@jmbm.com
MATTHEW S. KENEFICK, ESQ. (Bar No. 227298),
MKenefick@jmbm.com
Two Embarcadero Center, Fifth Floor
San Francisco, California 94111-3824
Telephone: (415) 398-8080
Facsimile: (415) 398-5584

Attorneys for Defendants and Third-Party Plaintiffs CITY AND COUNTY OF SAN FRANCISCO and CITY OF SAN FRANCISCO UPTOWN PARKING CORPORATION, a Non-Profit Public Benefit Corporation

DENNIS J. HERRERA, ESQ., (SBN 139669)
DANNY CHOU, ESQ. (SBN 180240)
danny.chou@sfgov.org
JAMES M. EMERY, ESQ. (SBN 153630)
jim.emery@sfgov.org
ELAINE M. O'NEIL, ESQ. (SBN 142234)
elaine.o'neil@sfgov.org
Fox Plaza, 1390 Market St., Sixth Floor
San Francisco, CA 94102
Telephone: (415) 554-4261
Facsimile: (415) 554-3985

Attorneys for Defendant and Third-Party Plaintiff CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD SKAFF<br><br>Plaintiff,<br><br>vs.<br><br>UNION SQUARE, et al.<br><br>Defendants. | Case No. C 08-02555 JSW<br><br>**STATEMENT OF GOOD CAUSE AND [PROPOSED] ORDER TO MODIFY BRIEFING SCHEDULE** |

**THE PARTIES REQUEST** that the Court modify the briefing schedule set in its ORDER dated November 7, 2008. That ORDER set a filing date for opposition to Defendant City and County of San Francisco's motion to dismiss by no later than November 24, 2008 and a date for reply by no later than December 5, 2008.

1. The Court has referred a related case, YATES V. UNION SQUARE, Case # C 08-02555 JSW to Hon. Elizabeth D. Laporte to conduct a Settlement Conference, and the matter is set before her on December 10, 2008.

---
Statement of Good Cause and Order Re Briefing Schedule on Motion to Dismiss: Case No. C-07-4087 JSW

1

2.  The parties believe that it is possible to dispose of the SKAFF case at that Settlement Conference, along with the YATES case.

3.  The parties wish to avoid the unnecessary expense in studying and briefing the motion to dismiss if the SKAFF case settles on December 10, 2008.

4.  The parties request that the court modify the briefing schedule so that opposition to the motion to dismiss shall be filed by no later than January 5, 2009 and a reply brief shall be filed by no later than January 19, 2008, giving the parties time to attempt settlement of SKAFF and then time to study and brief the matter if settlement fails.

DATED: November 12, 2008   THIMESCH LAW OFFICES
                           TIMOTHY S. THIMESCH
                           GENE A. FARBER


                           By: /s/ Signature Authorized
                               Attorneys for Plaintiff CRAIG YATES


DATED: November 12, 2008   JEFFER, MANGELS, BUTLER & MARMARO LLP
                           MARTIN H. ORLICK
                           MATTHEW S. KENEFICK


                           By: /s/ Signature Authorized
                               Attorneys for Defendants CITY AND COUNTY OF
                               SAN FRANCISCO and CITY OF SAN FRANCISCO
                               UPTOWN PARKING CORPORATION

DATED: November 12, 2008   OFFICE OF THE CITY ATTORNEY
                           ELAINE O'NEIL
                           JOANNE HOEPER
                           JAMES MOXON EMERY


                           By: /s/ Signature Authorized
                               Attorneys for Defendant CITY AND COUNTY OF
                               SAN FRANCISCO

DATED: November 12, 2008

**[Proposed Order Next Page]**

////

////

---

Statement of Good Cause and Order Re Briefing Schedule on Motion to Dismiss: Case No. C-07-4087 JSW

2

**ORDER**

SO ORDERED.

The opposition brief is due January 5, 2009 and the reply brief is due January 16, 2009.

DATED: November 13, 2008

HON. JEFFREY S. WHITE
Judge of U.S. District Court

Statement of Good Cause and Order Re Briefing Schedule on Motion to Dismiss: Case No. C-07-4087 JSW

3