TIMOTHY S. THIMESCH, Esq. (SBN 148213)
tim@thimeschlaw.com
THIMESCH LAW OFFICES
158 Hilltop Crescent
Walnut Creek, CA 94597-3452
Telephone:      (925) 588-0401
Facsimile:       (888) 210-8868

LAW OFFICES OF GENE A. FARBER
GENE A. FARBER, ESQ. (SBN 44215)
genefarber@gmail.com
4258 Twenty Sixth Street
San Francisco, CA 94131
Telephone:      (415) 956-1800
Facsimile:       (415 ) 282-4228

Attorneys for Plaintiff RICHARD SKAFF

JEFFER, MANGELS, BUTLER & MARMARO LLP
MARTIN H. ORLICK, ESQ. (Bar No. 083908),
MOrlick@jmbm.com
MATTHEW S. KENEFICK, ESQ. (Bar No. 227298),
MKenefick@jmbm.com
Two Embarcadero Center, Fifth Floor
San Francisco, California  94111-3824
Telephone:      (415) 398-8080
Facsimile:       (415) 398-5584

Attorneys for Defendants and Third-Party Plaintiffs CITY AND COUNTY OF SAN FRANCISCO and CITY OF SAN FRANCISCO UPTOWN PARKING CORPORATION, a Non-Profit Public Benefit Corporation

DENNIS J. HERRERA, ESQ., (SBN 139669)
DANNY CHOU, ESQ. (SBN 180240)
danny.chou@sfgov.org
JAMES M. EMERY, ESQ. (SBN 153630)
jim.emery@sfgov.org
ELAINE M. O'NEIL, ESQ. (SBN 142234)
elaine.o'neil@sfgov.org
Fox Plaza, 1390 Market St., Sixth Floor
San Francisco, CA 94102
Telephone:      (415) 554-4261
Facsimile:       (415) 554-3985

Attorneys for Defendant and Third-Party Plaintiff CITY AND COUNTY OF SAN FRANCISCO

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RICHARD SKAFF, | Case No. CV 08-2555 JSW |
| Plaintiff, | **STIPULATION TO VACATE DEFENDANTS' MOTION TO DISMISS; [Proposed] ORDER** |
| vs. | |
| UNION SQUARE, et al. | **Hearing on Motion to Dismiss:** |
| Defendants. | Conference:  February 9, 2009<br>Time:  9 AM |
| AND RELATED THIRD PARTY ACTION.   / | |

**TO THE COURT:**

Per the Notice of Pending Settlement, the parties ask that the court vacate the hearing

////

---

Stipulation and [Proposed] Order to Continue Case Management Conference
C 08-2555 JSW

1

on Defendants' Motion to Dismiss currently scheduled for hearing on ~~February 9, 2009.~~ February 6, 2009.

**SO STIPULATED.**

DATED: January 16, 2009        THIMESCH LAW OFFICES
                               TIMOTHY S. THIMESCH
                               GENE A. FARBER


                               By: /s/ Signature Authorized
                                Attorneys for Plaintiff RICHARD SKAFF

DATED: January 16, 2009        JEFFER, MANGELS, BUTLER & MARMARO LLP
                               MARTIN H. ORLICK
                               MATTHEW S. KENEFICK


                               By: /s/ Signature Authorized
                               Attorneys for Defendants CITY AND COUNTY OF
                               SAN FRANCISCO and CITY OF SAN FRANCISCO
                                UPTOWN PARKING CORPORATION

DATED: January 16, 2009        OFFICE OF THE CITY ATTORNEY
                               ELAINE O'NEIL
                               JOANNE HOEPER
                               JAMES MOXON EMERY


                               By: /s/ Signature Authorized
                               Attorneys for Defendant CITY AND COUNTY OF
                               SAN FRANCISCO


**ORDER**

    SO ORDERED.



DATED: February 2, 2009        _/s/ Jeffrey S. White_____
                               HON. JEFFREY S. WHITE
                               Judge of U.S. District Court