IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD SKAFF, | |
|     Plaintiff, | No. C 08-02555 JSW |
|   v. | |
| UNION SQUARE, ET AL., | **ORDER RE STATUS** |
|     Defendants. | |

The last status report signed on June 24, 2009 and submitted by Plaintiff on July 2, 2009 indicated that the process to complete settlement was expected to take one month. The Court has received no further submission.

The Court requires that the parties submit a proposed stipulation and order of dismissal by no later than September 21, 2009. If such a stipulation is not filed, the parties shall appear for a status conference before the undersigned on September 25, 2009 at 1:30 p.m.

**IT IS SO ORDERED.**

Dated: September 1, 2009

/s/ Jeffrey S. White
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE