TIMOTHY S. THIMESCH, Esq. (SBN 148213)
tim@thimeschlaw.com
THIMESCH LAW OFFICES
158 Hilltop Crescent
Walnut Creek, CA 94597-3452
Telephone:    (925) 588-0401
Facsimile:     (888) 210-8868

Attorneys for Plaintiff RICHARD SKAFF

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RICHARD SKAFF,<br><br>             Plaintiff,<br><br>vs.<br><br>UNION SQUARE, et al.<br><br>             Defendants.<br>_____ / | Case No. C08-2555-JSW<br>Related Action Number:<br><br>**REQUEST FOR DISMISSAL WITH RETAINED JURISDICTION TO INTERPRET AND ENFORCE SETTLEMENT AGREEMENT; [Proposed] ORDER** |

Thanks to the efforts of the Honorable Elizabeth D. Laporte at Settlement Conference, this matter has settled in all aspects, including plaintiff's claims for injunctive relief, statutory damages, and reasonable statutory attorney fees, litigation expenses and costs. Plaintiff requests full dismissal with prejudice, but with the limitation that the court retain jurisdiction to

////

---

Request for Dismissal With Retained Jurisdiction & Order: Case No. C08-2555-JSW

1

1  interpret and enforce the settlement agreement, as provided for by the terms of the agreement.

2

3  DATED:  September 11, 2009        THIMESCH LAW OFFICES
                                     TIMOTHY S. THIMESCH
4                                    GENE A. FARBER

5
                                     By: /s/ Signature Authorized
6                                     Attorneys for Plaintiff RICHARD SKAFF

7

8  **APPROVED AS TO FORM:**

9  DATED: September 11, 2009         JEFFER, MANGELS, BUTLER & MARMARO LLP
                                     MARTIN H. ORLICK
10                                   MATTHEW S. KENEFICK

11
                                     By: /s/ Signature Authorized
12                                   Attorneys for Defendants CITY AND COUNTY OF
                                     SAN FRANCISCO and CITY OF SAN FRANCISCO
13                                    UPTOWN PARKING CORPORATION

14 DATED: September 11, 2009         OFFICE OF THE CITY ATTORNEY
                                     ELAINE O'NEIL
15                                   JOANNE HOEPER
                                     JAMES MOXON EMERY
16

17                                   By: /s/ Signature Authorized
                                     Attorneys for Defendant CITY AND COUNTY OF
18                                   SAN FRANCISCO

19

20                                **ORDER**

21         SO ORDERED.

22  _____ .

23  Dated: September 11, 2009        [signature: Jeffrey S. White]
                                     _____
24                                   HONORABLE JEFFREY S. WHITE
                                     JUDGE OF U.S. DISTRICT COURT

25

26

27

28

Request for Dismissal With Retained Jurisdiction & Order: Case No. C08-2555-JSW

2